DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DANIEL A. ROCHA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2651

————————————————

December 17, 2025

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Daniel A. Rocha, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.